UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ANTHONY BAKER, )
    Plaintiff )
v. ) Civil No. 2:22-cv-00046-cr
)
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant )

## STIPULATION

Plaintiff Anthony Baker, by and through his attorneys Main Street Law LLP, and Defendant Commissioner of Social Security, by and through her attorney Natasha Oeltjen, Special Assistant U.S. Attorney, hereby agree and stipulate that Plaintiff shall file his Motion for Order Reversing Commissioner's decision on or by November 22, 2022, and that Defendant shall file her Motion for Order Affirming Commissioner's Decision within 60 days after Plaintiff's filing.

ANTHONY BAKER

Dated: 11/18/2022    By:    /s/ *Stephen L. Cusick*
    Stephen L. Cusick, Esq.
    Main Street Law LLP
    15 E. State Street / Montpelier, VT 05602
    (802) 223-1000 / scusick@zclpc.com

COMMISIONER OF SOCIAL SECURITY

Dated: 11/18/2022    By:    /s/ *Natasha Oeltjen*
    Natasha Oeltjen, SAUSA
    United States Attorney's Office
    11 Elmwood Avenue, 3rd Floor
    PO Box 570
    Burlington, VT 05402-0570
    (617) 565-1849 / Natasha.Oeltjen@ssa.gov

SO ORDERED:

_____ 11/18/22

Christina Reiss, District Judge